**Jeffrey S. Eden**, OSB #851903
E-Mail: jeff.eden@bullivant.com
**Stephen F. Deatherage**, OSB #982095
E-Mail: stephen.deatherage@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendants KBR, Inc.; Kellogg Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administration Services, Ltd.; and Service Employees International, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ROCKY BIXBY; LAWRENCE ROBERTA; SCOTT ASHBY; CHARLES ELLIS; MATTHEW HADLEY; CARLOS AVALOS; JESUS BRUNO; COLT CAMPREDON; STEPHEN FOSTER; BYRON GREER; KELLY HAFER; DENNIS JEWELL; STEPHEN MUELLER; VITO PACHECO; JOHN RYDQUIST; AND KEVIN STANGER<br><br>Plaintiffs,<br><br>v.<br><br>KBR, INC.; KELLOGG, BROWN & ROOT SERVICE, INC.; KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATION SERVICES, LTD; and SERVICE EMPLOYEES INTERNATIONAL, INC.,<br><br>Defendants. | Civil No.: 09-632-PK<br><br>DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE<br>Pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(3)<br><br>REQUEST FOR ORAL ARGUMENT |

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**DEFENDANTS' MOTION TO DISMISS**
**Page 1**

## I.  COMPLIANCE WITH LR 7.1

Pursuant to District of Oregon Local Rule 7.1, counsel for defendants KBR, Inc.; Kellogg Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administration Services, Ltd.; and Service Employees International, Inc. (collectively, the "KBR defendants") certifies that a good faith effort to confer with plaintiffs' counsel concerning the issues raised in this motion was made prior to filing this motion, but the parties were unable to resolve those issues.

## II.  MOTION

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3), the KBR defendants move for an Order dismissing them from this action with prejudice for lack of personal jurisdiction and venue.

Pursuant to District of Oregon Local Rule 7.1(f)(2), the KBR defendants respectfully request oral argument of this motion.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANTS' MOTION TO DISMISS**
**Page 2**

This motion is supported by the Court's file and record herein, the Declaration of Mark E. Lowes, the written submissions in support of the motion, and the oral argument presented at any hearing of the motion.

DATED: September 11, 2009

        BULLIVANT HOUSER BAILEY PC

By /s/ Jeffrey S. Eden
  **Jeffrey S. Eden,** OSB #851903
  **Stephen F. Deatherage,** OSB #982095

**Randall Jones**, Admitted Pro Hac Vice
E-Mail: rjones@serpejones.com
SERPE JONES ANDREWS CALLENDER
& BELL PLLC
Three Allen Center
333 Clay St., Ste. 3485
Houston TX 77002
Telephone: (713) 542-4401
Facsimile: (713) 452-4499

**Ray Biagini**, Admitted Pro Hac Vice
E-Mail: rbiagini@mckennalong.com
MCKENNA LONG & ALDRIDGE
1900 K St., NW
Washington DC 20006
Telephone: (202) 496-7687
Facsimile: (202) 496-7756

Attorneys for Defendants KBR, Inc.; Kellogg Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administration Services, Ltd.; and Service Employees International, Inc.

11909008.1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**DEFENDANTS' MOTION TO DISMISS**
**Page 3**