**Jeffrey S. Eden**, OSB #851903
E-Mail: jeff.eden@bullivant.com
**Stephen F. Deatherage**, OSB #982095
E-Mail: stephen.deatherage@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROCKY BIXBY, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>KBR, INC., et al.,<br><br>　　　　　　Defendants. | Civil No.: 3:09-CV-632-PK<br><br>**DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br>**Pursuant to Fed. R. Civ. P. 12(b)(1)**<br><br>(ORAL ARGUMENT REQUESTED) |

### I.  COMPLIANCE WITH LR 7.1

Pursuant to District of Oregon Local Rule 7.1, counsel for defendants KBR, Inc.; Kellogg Brown & Root Services, Inc.; KBR Technical Services, Inc.; Overseas Administration Services, Ltd.; and Service Employees International, Inc. (collectively, the "KBR defendants") certifies that a good faith effort to confer with plaintiffs' counsel concerning the issues raised in this motion was made prior to filing this motion, but the parties were unable to resolve those issues.

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
**Page 1**

## II.  MOTION

Pursuant to Fed. R. Civ. P. 12(b)(1), the KBR defendants move for an Order dismissing them from this action with prejudice for lack of subject matter jurisdiction.

Pursuant to District of Oregon Local Rule 7.1(f)(2), the KBR defendants respectfully request oral argument of this motion.

This motion is supported by the Court's file and record herein, the written submissions in support of the motion and attached exhibits, and the oral argument presented at any hearing of the motion.

DATED:  April 23, 2010

        BULLIVANT HOUSER BAILEY PC

By  /s/ Jeffrey S. Eden
    **Jeffrey S. Eden**, OSB #851903
    **Stephen F. Deatherage**, OSB #982095
    Telephone: 503.228.6351

    **Ray Biagini**, Admitted Pro Hac Vice
    E-Mail: rbiagini@mckennalong.com
    MCKENNA LONG & ALDRIDGE
    1900 K St., NW
    Washington DC 20006
    Telephone: (202) 496-7687

    **Randall Jones**, Admitted Pro Hac Vice
    E-Mail: rjones@serpejones.com
    SERPE JONES ANDREWS CALLENDER & BELL PLLC
    Three Allen Center
    333 Clay St., Ste. 3485
    Houston TX 77002
    Telephone: (713) 542-4401

    Attorneys for Defendants

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
**Page 2**