**David F. Sugerman, OSB No: 86298**
David F. Sugerman Attorney, PC
520 S.W. Sixth Ave., Ste. 920
Portland, Oregon 97204-1535
Phone:    503-228-6474
Fax:       503-224-2764
E-Mail:   david@davidsugerman.com

**Michael P. Doyle,** *Pro Hac Vice*
**Jeffrey L. Raizner,** *Pro Hac Vice*
**Amanda Halter,** *Pro Hac Vice*
**Patrick M. Dennis,** *Pro Hac Vice*
Doyle Raizner LLP
1221 McKinney, Suite 1400
Houston, TX 77010
Phone: 713.571.1146
Fax: 713.571.1148
E-mail: mdoyle@doyleraizner.com
         jraizner@doyleraizner.com
         ahalter@doyleraizner.com
         pdennis@doyleraizner.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Rocky Bixby, et al, | Case No. 3:09-CV-632-PK |
| Plaintiff, | **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |
| vs. | |
| KBR Inc., et al, | |
| Defendant. | |

## OVERVIEW

The KBR defendants seek a protective order on the timeline document that is the subject of Plaintiffs' Motion to Enforce Interim Protective Order. The KBR defendants have not shown

Page 1- **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

that they are entitled to the protection they seek. As well, even if the protection was once available, the KBR defendants waived it when they waived their work product protection.

## FACTS

The Declaration of Amanda Halter in Support of Reply to Response to Plaintiffs' Motion to Enforce Interim Protective Order (filed under seal) sets forth plaintiffs' understanding of the history of documents produced in this litigation. The documents underlying the timeline are not subject to the confidentiality order.

## DISCUSSION

The KBR defendants freely discuss in public and in Congress their version of the facts of this matter but would have this Court prohibit similar discussions by the veterans. The KBR defendants rely on *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 27 (1984) for the proposition that the First Amendment provides less protection to documents obtained in civil discovery. That is all well and good, except that the KBR defendants ignore their threshold showing required to meet the burden of confidentiality. LR 26-4. They also fail to explain their waiver problem.

Apart from that, the KBR defendants overlook the Oregon Constitution with its much stronger protection of free speech rights (Or. Const., Art I, Sec. 8) and the anti-secrecy provision. (Or. Const., Art. I, Sec. 10). The Court need not reach state or federal constitutional questions, however, because the KBR defendants did not designate the underlying documents as confidential and did not otherwise limit or redact the designation to actually confidential materials. They have failed to meet their burden.

Page 2- **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

# CONCLUSION

The Court should deny the motion.


DATED this _____ day of March, 2011.


_____
David F. Sugerman, OSB No: 86299
David F. Sugerman Attorney, PC
520 S.W. Sixth Ave., Ste. 920
Portland, Oregon 97204-1535
Phone:    503-228-6474
Fax:      503-224-2764
E-Mail:   david@davidsugerman.com

Michael P. Doyle, *Pro Hac Vice*
Amanda Halter, *Pro Hac Vice*
Doyle Raizner LLP
1221 McKinney, Suite 1400
Houston, TX 77010
Phone: 713.571.1146
Fax: 713.571.1148
E-mail: mdoyle@doyleraizner.com
         ahalter@doyleraizner.com


Page 3-  **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR
          PROTECTIVE ORDER**