**Geoffrey L. Harrison**, admitted Pro Hac Vice
**J. Hoke Peacock, III**, admitted Pro Hac Vice
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7807; Fax: (713) 654-3367
Email: gharrison@susmangodfrey.com
Email: tpeacock@susmangodfrey.com
    Attorney-in-Charge for KBR Defendants

**Jeffrey S. Eden**, OSB #851903
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 222-9981; Fax: (503) 796-2900
    Local Counsel for KBR Defendants

**Jordan Connors**, admitted Pro Hac Vice
Susman Godfrey LLP
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 516-3880; Fax: (206) 516-3883
Email: jconnors@susmangodfrey.com

**Randall Jones**, admitted Pro Hac Vice
Serpe Jones Andrews Callender & Bell PLLC
Three Allen Center
333 Clay Street, Suite 3485
Houston, TX 77002
Telephone: (713) 452-4401; Fax: (713) 452-4499
Email: rjones@serpejones.com

**Raymond B. Biagini**, admitted Pro Hac Vice
**Kurt Hamrock**, admitted Pro Hac Vice
**Lora A. Brzezynski**, admitted Pro Hac Vice
McKenna Long & Aldridge LLP
1900 E. Street NW
Washington, DC 20006
Telephone: (202) 496-7687; Fax: (202) 496-7756
Email: rbiagini@mckennalong.com
Email: khamrock@mckennalong.com
Email: lbrzezynski@mckennalong.com

Of Counsel for KBR Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROCKY BIXBY, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>KBR INC., et al.,<br><br>Defendants. | No. 09-cv-632-PK<br><br><br>Defendants' FRCP 56(b) Motion For Summary Judgment re Causation and Certificate of Compliance with LR 7.1<br><br>Oral Argument Requested |

I.
Motion

Defendants KBR, Inc., Kellogg, Brown & Root Service, Inc., KBR Technical Services, Inc., Overseas Administration Services, Ltd., and Service Employees International, Inc. respectfully seek summary judgment pursuant to Fed.R.Civ.P. 56(b) against all plaintiffs based on plaintiffs' failure to provide the legally required proof and expert opinion to create a genuine issue of material fact on the causation element of their claims.

Pursuant to District of Oregon Local Rule 7.1(f)(2), the KBR defendants respectfully request oral argument of this motion.

This motion is supported by the Court's file and record in this matter by the affidavit of Chanler A. Langham and its attachments, and by the accompanying memorandum in support of the motion, and by any oral argument that may be held on this motion.

Defendants' Motion in Support of Memorandum in Support of Defendants' FRCP 56(b) Motion for Summary Judgment re Causation
1809504v1/012196

2

II.
LR 7.1

Pursuant to District of Oregon Local Rule 7.1, counsel for defendants (Mr. Harrison) certifies that conferred in good faith with counsel for plaintiffs (Mr. Sugerman) concerning the issues raised in this motion and the accompanying memorandum, but the parties were not able to resolve those issues. The parties did discuss and agree that certain individual medical summaries should be filed under seal, and that has been done.

Dated: September 30, 2011

Respectfully submitted,

Geoffrey L. Harrison (Admitted *Pro Hac Vice*)
Texas State Bar No. 00785947
S.D. Admissions No. 16690
gharrison@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 653-7807
Facsimile: (713) 654-3367

Attorney-in-Charge for Defendants,
KBR, Inc., Kellogg Brown & Root Services, Inc., KBR Technical Services, Inc.,
Overseas Administration Services, Ltd., and Service Employees International, Inc.

Of Counsel:

Jeffrey S. Eden
jeden@schwabe.com
SCHWABE, WILLIAMSON & WYATT
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: (503) 796-2837
Facsimile: (503) 796-2900

Vineet Bhatia
Texas State Bar No. 00795976
S.D. Admissions No. 20187
vbhatia@susmangodfrey.com
J. Hoke Peacock III (Admitted *Pro Hac Vice*)
Texas State Bar No. 15673980
S.D. Admissions No. 13529
tpeacock@susmangodfrey.com
Chanler A. Langham (Admitted *Pro Hac Vice*)
Texas State Bar No. 24053314
S.D. Admissions No. 659756
clangham@susmangodfrey.com
Joe G. Conley
Texas State Bar No. 24065069
S.D. Admissions No. 1067521
jconley@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jordan Connors (Admitted *Pro Hac Vice*)
Washington State Bar No. 416499
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Raymond B. Biagini (Admitted *pro hac vice*)
rbiagini@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
1900 K Street NW, Suite 100
Washington, D.C. 20006-11808
Telephone: (202) 496-7687
Facsimile: (202) 496-7756

Randall "Randy" Jones (Admitted *pro hac vice*)
State Bar No. 10928700
S.D. Admissions No. 9381
rjones@serpejones.com
SERPE JONES ANDREWS CALLENDER & BELL PLLC
Three Allen Center
333 Clay Street, Suite 3485
Houston, TX 77002
Telephone: (713) 452-4401
Facsimile: (713) 452-4499