**David F. Sugerman, OSB No: 86298**
David F. Sugerman Attorney, PC
520 S.W. Sixth Ave., Ste. 920
Portland, Oregon 97204-1535
Phone:   503-228-6474
Fax:     503-224-2764
E-Mail:  david@davidsugerman.com

**Michael P. Doyle,** *Pro Hac Vice*
**Jeffrey L. Raizner,** *Pro Hac Vice*
**Patrick M. Dennis,** *Pro Hac Vice*
Doyle Raizner LLP
1221 McKinney, Suite 1400
Houston, TX 77010
Phone: 713.571.1146
Fax: 713.571.1148
E-mail: mdoyle@doyleraizner.com
        jraizner@doyleraizner.com
        pdennis@doyleraizner.com

**Gabriel Hawkins**
Cohen & Malad, LLP
One Indiania Square, Suite 1400
Indianapolis, IN  46204
Phone:  317-636-6481
Fax:  317-636-2593
E-mail:  ghawkins@cohenandmalad.com

**Amy Johnson**
Amy Johnson Attorney-at-Law
2523 SE 30th Avenue
Portland, OR  97202
Phone:  503-939-2996
E-mail:  amy@savagejohnson.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

Rocky Bixby, et al,

    Plaintiff,

vs.

KBR Inc., et al,

    Defendant.

Case No. 3:09-CV-632-PK

**PLAINTIFF O'RIELLY'S UNOPPOSEDMOTION FOR AN ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Michael O'Rielly moves to dismiss his claim against all defendants in this action, with prejudice, each party to bear their own costs and attorneys' fees. Defendants do not oppose this motion.

DATED this ____ day of April, 2012.

_____
David F. Sugerman, OSB No: 86298
David F. Sugerman Attorney, PC
707 SW Washington, Suite 600
Portland, Oregon 97205
Phone:   503-228-6474
Fax:     503-228-2556
E-Mail: david@davidsugerman.com
Attorney for Plaintiffs