IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| ROCKY BIXBY, et al., | ) | |
| | ) | Civil No. 03:09-632-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | **AS TO PLAINTIFF MICHAEL** |
| | ) | **O'RIELLY (ONLY)** |
| KBR INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

IT IS ORDERED that Plaintiff O'Rielly's Unopposed Motion to Dismiss [290-1] is GRANTED and that this action between Plaintiff Michael O'Rielly (only) and Defendants is DISMISSED with prejudice and with each party to bear their own costs and attorneys fees. Pending motions as to this plaintiff, if any, are DENIED AS MOOT.

Dated this 4th day of April, 2012.

by /s/ Paul Papak
Paul Papak
United States Magistrate Judge