Geoffrey L. Harrison, admitted *Pro Hac Vice*
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 653-7807; Fax: (713) 654-6666
Email: gharrison@susmangodfrey.com
    Attorney-in-Charge for KBR Defendants

Jeffrey S. Eden, OSB #851903
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, Oregon 97204
Telephone: (503) 222-9981; Fax: (503) 796-2900
    Local Counsel for KBR Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ROCKY BIXBY, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> KBR INC., et al., <br><br> Defendants. | Civil No.: 3:09-cv-632-PK <br><br> KBR's Motion to Exclude Dr. Arch Carson's Testimony re Genetic Transformation Injury, Remote Exposure Injury, and Medical Monitoring <br><br> ORAL ARGUMENT REQUESTED |

Pursuant to Fed. R. Civ. P. 702, the Court should exclude the unreliable testimony of Dr. Arch Carson. This motion is supported by the Court's file and record in this matter, by the Affidavit of Johnny W. Carter and attached exhibits, by the accompanying memorandum in support of the motion, and by any oral argument that may be held on this motion. Pursuant to District of Oregon Local Rule 7.1(a)(1), counsel for defendants (Mr. Harrison) certifies that he conferred in good faith by telephone with counsel for plaintiffs (Mr. Hawkins) concerning the

2243379v1/012196

issues raised in this motion and the accompanying memorandum, but the parties were not able to resolve those issues. Plaintiffs oppose the relief sought in this motion.

Dated: April 20, 2012

                                                   Respectfully submitted,

                                                   */s/ Geoffrey L. Harrison*
                                                   Geoffrey L. Harrison (Admitted *Pro Hac Vice*)
                                                   Texas State Bar No. 00785947
                                                 S.D. Admissions No. 16690
                                                 gharrison@susmangodfrey.com
                                                 SUSMAN GODFREY L.L.P.
                                                 1000 Louisiana Street, Suite 5100
                                                 Houston, TX 77002-5096
                                                 Telephone: (713) 653-7807
                                                 Facsimile: (713) 654-6666

                                                 Attorney-in-Charge for Defendants KBR, Inc., Kellogg Brown & Root Services, Inc., KBR Technical Services, Inc., Overseas Administration Services, Ltd., and Service Employees International, Inc.

Of Counsel:

Jeffrey S. Eden
jeden@schwabe.com
SCHWABE, WILLIAMSON & WYATT
1211 SW 5th Avenue, Suite 1900
Portland, Oregon 97204
Telephone: (503) 796-2837
Facsimile: (503) 796-2900

Vineet Bhatia
Texas State Bar No. 00795976
S.D. Admissions No. 20187
vbhatia@susmangodfrey.com
J. Hoke Peacock III (Admitted *Pro Hac Vice*)
Texas State Bar No. 15673980
S.D. Admissions No. 13529
tpeacock@susmangodfrey.com
Johnny W. Carter (Admitted *Pro Hac Vice*)
State Bar No. 00796312
S.D. Admissions No. 21988
jcarter@susmangodfrey.com
Chanler A. Langham (Admitted *Pro Hac Vice*)
Texas State Bar No. 24053314
S.D. Admissions No. 659756
clangham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jordan Connors (Admitted *Pro Hac Vice*)
Washington State Bar No. 416499
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile:  (206) 516-3883

Raymond B. Biagini (Admitted *pro hac vice*)
rbiagini@mckennalong.com
Kurt J. Hamrock
khamrock@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
1900 K Street NW, Suite 100
Washington, D.C. 20006-11808
Telephone:  (202) 496-7500
Facsimile:  (202) 496-7756