**Geoffrey L. Harrison**, admitted Pro Hac Vice
**J. Hoke Peacock, III**, admitted Pro Hac Vice
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7807
Fax: (713) 654-3367
Email: gharrison@susmangodfrey.com
Email: tpeacock@susmangodfrey.com
    Attorney-in-Charge for KBR Defendants

**Jeffrey S. Eden, OSB #851903**
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900
Email: jeden@schwabe.com
    Local Counsel for KBR Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ROCKY BIXBY, et al,** | No. 3:09-cv-632-PK |
| Plaintiffs, | |
| vs. | DEFENDANTS' REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR POST-TRIAL JUROR INTERVIEWS |
| **KBR INC., et al.,** | |
| Defendants. | |

## I. INTRODUCTION

On November 5, just three days after returning a verdict, *The Oregonian* reporter Mike Francis published interviews of two jurors who volunteered to speak to the press. Francis reported that one of those jurors claimed that "KBR Inc. knew a hazardous chemical was present at an Iraqi water treatment plant even before arriving there." The Francis article then reports another juror, Jim Zarr, declared "He and other jurors saw that KBR had referenced [the MSDS for sodium dichromate] as early as November 2002…."

Page 1 -  DEFENDANTS' REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR POST-TRIAL JUROR INTERVIEWS
PDX/123495/181198/JSE/10431651.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

As this court is well aware, at no time during trial did plaintiffs present any evidence that KBR knew of the presence of sodium dichromate—or any other hazardous contaminant—before arriving at Qarmat Ali. Nor was there any evidence KBR referenced an MSDS for sodium dichromate before arriving at Qarmat Ali, or referenced an MSDS for sodium dichromate in November 2002. This absence of evidence raises the question: what is the source of information upon which these jurors relied in reaching their false conclusions?

Reports that at least one juror wrongly concluded that KBR knew a hazardous chemical was present before arriving at Qarmat Ali, and that multiple jurors claimed they "saw that KBR had referenced" an MSDS for sodium dichromate in November 2002 when in fact there was no such evidence presented at trial, are both clear indications this jury was exposed to extraneous information or ex parte contacts. These circumstances are evidence of juror misconduct that may warrant a new trial. This Court should allow KBR to conduct voluntary interviews of the members of the jury to determine whether an evidentiary hearing is necessary.

## II. EVIDENCE OF JUROR MISCONDUCT

Mike Francis' November 5, 2012 article in *The Oregonian*[1] states in relevant part:

> KBR Inc. knew a hazardous chemical was present at an Iraqi water treatment plant even before arriving there, said one of the jurors who on Friday awarded $85 million in damages to 12 Oregon soldiers. But the defense contractor allowed soldiers and employees to work there for months before dealing with the contamination, he said.
>
> "It is such a strong case of negligence," said Jim Zarr, a City of Portland building inspector. KBR officials knew about it, but said nothing to the soldiers who were protecting them at the Qarmat Ali water treatment plant, he said. "All they had to do was talk to them."
>
> Zarr, one of two jurors to speak with The Oregonian after the verdict, said he found the Material Safety Data Sheet for sodium dichromate to be the single most significant document in the trial.

---

[1] The article is attached as Exhibit 1 to this motion and as Appendix B to plaintiffs' Memorandum in Opposition, Dkt. 617.

Page 2 -   DEFENDANTS' REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR POST-TRIAL JUROR INTERVIEWS

PDX/123495/181198/JSE/10431651.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503 222 9981  Fax 503 796 2900

> **He and the other jurors saw that KBR had referenced it as early as November 2002** - four months before the contractors first reached Qarmat Ali, soon after the U.S. - led invasion of Iraq. But work at the plant wasn't shut down until late in the summer, after the Oregon soldiers and many other troops and contractors had spent time at the site." [emphasis added]

In fact, this jury received no evidence that KBR knew about the presence of any hazardous chemical at Qarmat Ali before arriving on scene. This jury heard no evidence that KBR knew about the presence of sodium dichromate before visiting the plant, or referenced the MSDS in November 2002. That the jurors' quotes are so factually specific and yet completely unsupported by the evidentiary record is a strong indication this jury was exposed to information outside of the evidentiary record.

One possible source of misinformation during trial could be improper juror internet research. A simple Google search of the terms "KBR; sodium dichromate; 2002" returned links to many media sources reporting not just on this case, but reporting specifically on the plaintiffs' April 4, 2012 Motion to Compel. (Google search results are attached as Ex. 2). As this court recalls, plaintiffs' Motion to Compel contained many falsehoods, including the plaintiffs' disproven accusation that the Contingency Support Plan, begun in November 2002, "indicates that 4020 tons of sodium dichromate per was being used by the Iraqis at Qarmat Ali." Page 9, Memorandum in Support of Motion to Compel, Dkt. 288.

Plaintiffs might attempt to argue the jurors' factual errors should be overlooked if those errors related only to a collateral issue. But in this trial, what KBR knew and when KBR knew it were factual determinations central to plaintiffs' presentation about liability. The probability that this jury was exposed to critical but erroneous extraneous evidence that plaintiffs' counsel strategically and prejudicially put and published in the public domain justifies KBR's request to interview the jurors.

Page 3 -   DEFENDANTS' REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR POST-TRIAL JUROR INTERVIEWS
PDX/123495/181198/JSE/10431651.1

SCHWABE, WILLIAMSON & WYATT P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

### III. THIS COURT HAS AUTHORITY TO AUTHORIZE JUROR INTERVIEWS

In the face of specific evidence of juror misconduct, this court can and should grant defendants' request for voluntary juror interviews. Local Rule 48-2 affirms this court's authority to permit parties or their attorney to initiate contact with jurors concerning any case which that juror was sworn to try. LR 48-2 provides:

> "Except as authorized by the Court, attorneys, parties, witnesses, or court employees must not initiate contact with any juror concerning any case which that juror was sworn to try."

LR 48-2 is entirely consistent with Federal Rules of Evidence 606. FRE 606(b) circumscribes the inquiry into the validity of a verdict, but specifically allows a juror to testify about whether extraneous prejudicial information was improperly brought to the jury's attention or an outside influence was improperly brought to bear on any juror.[2]

Similarly, court-approved voluntary juror interviews are wholly consistent with the Oregon Rules of Professional Conduct 3.5(c), which provides:

> A lawyer shall not:
> 
> \*\*\*\*\*
> 
> (c) communicate with a juror or prospective juror after discharge of the jury if:
> 
> (1) the communication is prohibited by law or court order;

---

[2] FRE 606(b) provides:

(b) During an Inquiry into the Validity of a Verdict or Indictment.
  (1) Prohibited Testimony or Other Evidence. During an inquiry into the validity of a verdict or indictment, a juror may not testify about any statement made or incident that occurred during the jury's deliberations; the effect of anything on that juror's or another juror's vote; or any juror's mental processes concerning the verdict or indictment. The court may not receive a juror's affidavit or evidence of a juror's statement on these matters.
  (2) Exceptions. A juror may testify about whether:
    (A) extraneous prejudicial information was improperly brought to the jury's attention;
    (B) an outside influence was improperly brought to bear on any juror; or
    (C) a mistake was made in entering the verdict on the verdict form.

Page 4 -   DEFENDANTS' REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR POST-TRIAL JUROR INTERVIEWS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/123495/181198/JSE/10431651.1

> (2) the juror has made known to the lawyer a desire not to communicate; or
>
> (3) the communication involves misrepresentation, coercion, duress or harassment;

Because the interviews requested by defendants are both court-approved and voluntary, such interviews do not implicate RPC 3.5(c).

In the event the proposed interviews develop additional evidence that extraneous prejudicial information was improperly brought to the jury's attention, or that an outside influence was improperly brought to bear on any juror, defendants would then be entitled to an evidentiary hearing at which jurors would testify regarding those external influences. *See, e.g., Remmer v. United States*, 347 U.S. 227, 230, 74 S.Ct. 450, 98 L.Ed. 654 (1954) (vacating the District Court's judgment and directing a hearing to determine whether the incident complained of was harmful to the petitioner); *United States v. Vasquez*, 597 F.2d 192, 194 (9th Cir. 1979) (trial judge correctly held an evidentiary hearing with the jurors and other interested parties to ascertain if the precise quality of the jury breach.) At present, defendants propose only that they be allowed to conduct voluntary juror interviews to confirm or refute evidence of improper outside influence. Thereafter the court can establish a briefing schedule wherein defendants can show cause why an evidentiary hearing is appropriate. Alternatively, this court has the discretion to immediately schedule an evidentiary hearing in which the court will oversee the interaction with the jurors with both parties present. Regardless of the method of inquiry, juror interviews must take place very soon, before memories fade.

///

///

///

///

///

///

Page 5 -   DEFENDANTS' REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR POST-TRIAL JUROR INTERVIEWS

PDX/123495/181198/JSE/10431651.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

## IV. CONCLUSION

Defendants have made more than a threshold showing of improper outside influence and of juror misconduct. Defendants believe that their request for voluntary interviews strikes a fair balance between the jurors' right to privacy and the defendants' right to a fair trial.

Dated this 16th day of November, 2012

    Respectfully submitted,

    SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Jeffery S. Eden
    **Jeffrey S. Eden**, OSB #851903
    E-Mail: jeden@schwabe.com
    **Andrew J. Lee, OSB # 023646**
    ajee@schwabe.com
    Of Attorneys for KBR Defendants
    **Geoffrey L. Harrison**, Admitted Pro Hac Vice
    E-Mail: gharrison@susmangodfrey.com
    Attorney-in-Charge for KBR Defendants

Page 6 - DEFENDANTS' REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR POST-TRIAL JUROR INTERVIEWS
PDX/123495/181198/JSE/10431651.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

Of Counsel:

Vineet Bhatia
Texas State Bar No. 00795976
S.D. Admissions No. 20187
vbhatia@susmangodfrey.com
J. Hoke Peacock III (Admitted *Pro Hac Vice*)
Texas State Bar No. 15673980
S.D. Admissions No. 13529
tpeacock@susmangodfrey.com
Johnny W. Carter (Admitted *Pro Hac Vice*)
State Bar No. 00796312
S.D. Admissions No. 21988
jcarter@susmangodfrey.com
Chanler A. Langham (Admitted *Pro Hac Vice*)
Texas State Bar No. 24053314
S.D. Admissions No. 659756
clangham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Jordan Connors (Admitted *Pro Hac Vice*)
Washington State Bar No. 416499
jconnors@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

Raymond B. Biagini (Admitted *pro hac vice*)
rbiagini@mckennalong.com
Kurt J. Hamrock
khamrock@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
1900 K Street NW, Suite 100
Washington, D.C. 20006-11808
Telephone:  (202) 496-7500
Facsimile:  (202) 496-7756

Warren W. Harris (Admitted *pro hac vice*)
warren.harris@bgllp.com
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone:  (713) 221-1490
Facsimile:   (713) 221-2199

Page 7 -   DEFENDANTS' REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR POST-TRIAL JUROR INTERVIEWS

PDX/123495/181198/JSE/10431651.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

Case 3:09-cv-00632-PK    Document 620    Filed 11/16/12    Page 8 of 11    Page ID#: 23875



**OregonLive.com**
Everything Oregon

## Jurors say it didn't take long to determine KBR was negligent

Published: Monday, November 05, 2012, 2:40 PM    Updated: Monday, November 05, 2012, 4:09 PM

 By **Mike Francis, The Oregonian**



**View full size**    Ed Blacke

A former KBR employee named Ed Blacke, whom the soldiers' lawyers call a "whistleblower" and whom KBR's lawyers described as a disgruntled and contentious, got in touch Monday and provided this photo. He says it shows the aftermath of an incident at Qarmat Ali in which an Indiana Guard soldier was injured when Iraqis protesting their inability to work at the plant hit him with a piece of thrown curbstone.

**KBR Inc.** knew a hazardous chemical was present at an Iraqi water treatment plant even before arriving there, said one of the jurors who on Friday awarded $85 million in damages to 12 Oregon soldiers. But the defense contractor allowed soldiers and employees to work there for months before dealing with the contamination, he said.

"It is such a strong case of negligence," said Jim Zarr, a City of Portland building inspector. KBR officials knew about it, but said nothing to the soldiers who were protecting them at the **Qarmat Ali water treatment plant**, he said. "All they had to do was talk to them."

Zarr, one of two jurors to speak with The Oregonian after the verdict, said he found the Material Safety Data Sheet for sodium dichromate to be the single most significant document in the trial. He and the other jurors saw that KBR had referenced it as early as November 2002 -- four months before the contractors first reached Qarmat Ali, soon after the U.S.-led invasion of Iraq. But work at the plant wasn't shut down until late in the summer, after the Oregon soldiers and many other troops and contractors had spent time at the site.

The MSDS is a standardized information sheet for materials in use at construction sites and other projects. **The one for sodium dichromate** starts like this:

*"Very hazardous in case of skin contact (irritant, sensitizer), of eye contact (irritant), of ingestion. Hazardous in case of skin contact (corrosive, permeator), of eye contact (corrosive), of inhalation (lung irritant). Prolonged exposure may result in skin burns and ulcerations. Over-exposure by inhalation may cause respiratory irritation. Severe over-exposure can result in death."*

KBR, said Zarr, shouldn't have "let these guys wallow in it for three months."

The jurors who spoke about their deliberations said KBR wasn't the only party at fault.

EXHIBIT 1
Page 1 of 2

"Is the Army negligent?" asked Zarr. "Yes they are, 100 percent. But you can't sue the Army," he said, alluding to a long-standing legal doctrine holds that troops can't sue the military for harm they suffer while serving.

The soldiers who won their landmark verdict against the defense contractor were still grappling with the knowledge Monday.

"I don't think it's sunk in quite yet," said Larry Roberta from his home in Aumsville. Roberta was a compelling figure at the trial, moving to the witness stand in his wheelchair, carrying his oxygen tank in an Army backpack. On the stand, he told the story of how he had eaten a chicken patty that had been dusted by the orange crystals blown up by the wind while he was at Qarmat Ali. The effect was like ingesting flaming gasoline, he told the jury.

Roberta stressed that money isn't the point of the long legal fight.

"Even if I get any of this money, it's blood money stolen from the U.S. taxpayers," he said. He said his satisfaction will come when the widows of two Indiana Guard soldiers who served at Qarmat Ali "get something to compensate them their pain and suffering."

The moment the verdict was read, and the four soldiers in the courtroom learned that the jurors had found in their favor, they gasped and a few shed tears.

"I was more relieved than surprised," said Rocky Bixby, whose name is the first one listed on the lawsuit. "It was three years of frustration and anger and sadness coming out."

Another juror, Kevin Vassily, a vice president at Portland's Pacific Crest Securities, said the negligence finding came rather quickly. "It seemed fairly straightforward they they had botched it," he said. KBR officials didn't operate at Qarmat Ali the way a reasonable person with knowledge of the contaminant should have acted, he said.

"It was our belief that this was their mission," Vassily said. "They should have identified a potent issue and done something more about it."

While the soldiers are a long way from collecting any money, and other cases wait in the wings, somebody is glad that Roberta is spending his time back home and not in a courtroom -- his houseful of exotic, rescue birds.

The birds could be heard calling and chirping as Roberta spoke on the phone Monday. "They get upset when nobody's here," he said.

**--Mike Francis**

© 2012 OregonLive.com. All rights reserved.

EXHIBIT 1
Page 2 of 2



+You  Search  Images  Maps  Play  YouTube  News  Gmail  Documents  Calendar  More ▼

Google  KBR; Sodium Dichromate; 2002                                  Sign in

Web  Images  Maps  Shopping  More ▼  Search tools

About 59,400 results (0.32 seconds)

**Iraq contractor fights suit over toxic exposure - The Boston Globe**
www.boston.com/.../iraq_contractor_fights_suit_over_toxic_exposur...
Mar 25, 2008 – WASHINGTON - When the American team arrived in Iraq in the summer
of 2003 to repair the Qarmat Ali water injection plant, supervisors told ...

**KBR, Guard soldiers due back in court in sodium dichromate case ...**
blog.oregonlive.com › Oregon at War › Veterans issues
Jun 17, 2012 – **KBR**, Guard soldiers due back in court in **sodium dichromate** case ...
knew as early as **2002** that **sodium dichromate** was present at Qarmat Ali.

**KBR sodium dichromate case in court - UPI.com**
www.upi.com › Top News › U.S. News
Jun 18, 2012 – **KBR sodium dichromate** case in court ... present at Qarmat Ali as
early as **2002**, an accusation **KBR** attorneys have called "demonstrably false" ...

[PDF] **KBR's Response to NBC's Questions Regarding Sodium Dichro...**
msnbcmedia.msn.com/i/MSNBC/.../FINALNBCNewsquery.pdf
File Format: PDF/Adobe Acrobat - Quick View
**KBR's** Response to NBC's Questions Regarding **Sodium Dichromate** Exposure at the
Qarmat Ali Water Treatment Plant. It is important to note the United States ...

**Soldiers claim illness after guarding KBR in Iraq | CNSNews.com**
cnsnews.com/news/.../soldiers-claim-illness-after-guarding-kbr-iraq
Oct 10, 2012 – **KBR** tried to warn the U.S. Army about the dangers of sodium ...
Seeking to head off Hussein, in late **2002** the army contracted **KBR** and tasked ... The
ground, the soldiers allege, was contaminated with **sodium dichromate**.

**APNewsBreak: Complaint says KBR knew of Iraq toxin - CNS News**
cnsnews.com/news/.../apnewsbreak-complaint-says-kbr-knew-iraq-to
Apr 4, 2012 – **Sodium dichromate** is an anticorrosive compound that can cause
skin ... investigation directed them to a **2002 KBR** assessment of the plant.

**find similar results - Search Results - Local Search**
search.nwsource.com/search?from=ST&similarto...
"**KBR** had a responsibility...assessment that **sodium dichromate** was present ....
Charles...presence of **sodium dichromate** in July 2003...them to a **2002 KBR** ...

**Lawsuit: Oregon soldiers sickened in Iraq were misled by KBR ...**
www.katu.com/.../Soldier-KBR-took-advantage-of-lax-rules-at-Iraq-...
Apr 4, 2012 – The company acknowledged the presence of **sodium dichromate** in
July ... investigation directed them to a **2002 KBR** assessment of the plant.

**APNewsBreak: Complaint says KBR knew of Iraq toxin - CBS News**
www.cbsnews.com/.../apnewsbreak-complaint-says-kbr-knew-of-iraq...
Apr 4, 2012 – The company acknowledged the presence of **sodium dichromate** in
July ... investigation directed them to a **2002 KBR** assessment of the plant.

**Jury Awards $85 Million to Iraq Vets, KBR Negligent in Toxic - redOrbit**
www.redorbit.com › News › Health
Nov 2, 2012 – The soldiers alleged **KBR** misled them about the presence and risks
associated with **sodium dichromate**, an anticorrosive agent used to clean ...



Goooooooooogle ›
1  2  3  4  5  6  7  8  9  10  Next

Advanced search  Search Help  Give us feedback

Google Home  Advertising Programs  Business Solutions  Privacy & Terms
About Google

EXHIBIT 2
Page 1 of 2

+You Search Images Maps Play YouTube News Gmail Documents Calendar More

Google KBR; Sodium Dichromate; 2002 Sign in

Web Images Maps Shopping Videos More Search tools

Page 2 of about 59,400 results (0.28 seconds)

Oregon National Guardsmen's suit of Iraq War contractor goes to ...
www.therepublic.com/view/story/ /OR--Toxic-Legacy-of-War
Oct 31, 2012 - **KBR** tried to warn the U.S. Army about the dangers of **sodium dichromate**, ... Seeking to head off Hussein, in late **2002** the army contracted **KBR** and ... had been using was **sodium dichromate**, a substance long restricted in the ...

Oregon soldiers charge **KBR** with concealing critical document in ...
blog.oregonlive.com › Oregon at War › Veterans issues
Apr 4, 2012 – **KBR** says the accusation is "just plain false." ... Oregon soldiers charge **KBR** with concealing critical document in **sodium dichromate** case ... general investigation directed them to the **2002 KBR** assessment of the plant.

Monday notes in the **KBR** case: Indiana Guard ... - OregonLive.com
blog.oregonlive.com › Oregon at War › Veterans issues
Oct 15, 2012 – A dispatch from Monday morning proceedings in the **KBR** case ... colored-sand -- apparently the result of scattered **sodium dichromate**. ... questioning that he had been hospitalized for the effects of snorting cocaine in **2002**.

Monday notes in the **KBR** case: Indiana Guard officer testifies ...
iissonline.net/?p=3016
Oct 16, 2012 – Lawyers for Oregon soldiers suing **KBR** Inc. sent an Indiana Guard ... that he had been hospitalized for the effects of snorting cocaine in **2002**. ... on who **KBR** officials told about the presence of **sodium dichromate**, and when.

[PDF] **KBR's** Response to "Plaintiffs' Motion to - Ms Sparky
mssparky.com/.../Bixby_v_KBR_Response_to_Motion_4-23-12.pdf
File Format: PDF/Adobe Acrobat - Quick View
Apr 23, 2012 – contrict with **KBR** tapped the company in November **2002** to develop .... there was any **sodium dichromate** or exposure risk at Qarmat Ali, and it ...

Toxic Profits: DPC Demands Answers On **KBR's Sodium Dichromate** ...

christyhardinsmith.firedoglake.com/.../toxic-profits-dp...
Feb 11, 2009
You'll recall that Halliburton subsidiary **KBR** was in charge of operations at a ... at the facility are all ...

More videos for KBR; Sodium Dichromate; 2002 »

Soldiers' suit against war contractor goes to jury - The Register-Guard
www.registerguard.com/.../soldiers-kbr-army-contractor-dichromate
Nov 1, 2012 – **KBR** tried to warn the Army about the dangers of **sodium dichromate**. ... Seeking to head off Saddam, in late **2002** the army contracted **KBR** and ...

Suing Soldiers Say Govt. Contractor Failed To Disclose Toxics ...
www.opb.org/.../suing-soldiers-say-govt-contractor-failed-d...

by April Baer - More by April Baer
Apr 4, 2012 – A group of soldiers suing the government contractor **KBR** have discovered a ... take **KBR** to task for failing to disclose an assessment performed in **2002**. ... They say **KBR** knew 200 tons of **sodium dichromate** were present.

US Soldiers Accuse **KBR** of Exposing Them to **Sodium Dichromate** ...
forums.anandtech.com › Social › Politics and News
43 posts - 20 authors - Jun 22, 2008
US Soldiers Accuse **KBR** of Exposing Them to **Sodium Dichromate** ... who may not even know of their exposure to **sodium dichromate** that ...

Oregon National Guard « Overseas Civilian Contractors
civiliancontractors.wordpress.com/tag/oregon-national-guard/
Apr 4, 2012 – **Sodium dichromate** is an anticorrosive compound that can cause skin ... investigation directed them to a **2002 KBR** assessment of the plant.

Ad related to KBR; Sodium Dichromate; 2002
**Sodium dichromate**
www.hszhenhua.com/
Used in tanning of leather, dyes, pigments, producing of chromic acid
Sodium dichromate - Chromic acid - Chrome oxide green - Basic chrome sulfate

Previous 1 2 3 4 5 6 7 8 9 10 Next

Advanced search Search Help Give us feedback

Google Home Advertising Programs Business Solutions Privacy & Terms About Google

EXHIBIT 2
Page 2 of 2

