IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| Rocky Bixby, *et al.*, | § |
|        Plaintiffs, | § § § |
| v. | §   Case No. 3:09-cv-632-PK |
| KBR, Inc., *et al.*, | § § § |
|        Defendants. | § |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR SURREPLY**

Plaintiffs have moved, unopposed, for this Court to accept Plaintiffs' Surreply submitted in support of Plaintiffs' Opposition to Defendants' Motion for Post-Trial Jury Interviews. Concluding that Plaintiffs' Motion is providently made, this Court hereby GRANTS Plaintiffs' Motion and accepts the Surreply attached as an Exhibit to Plaintiffs' Motion.

So ORDERED this 19th day of November, 2012.

_____
Paul Papak
United States Magistrate Judge