**David F. Sugerman, OSB No: 86298**
David F. Sugerman Attorney, PC
707 SW Washington Street, Suite 600
Portland, Oregon 97205
Phone: 503-228-6474
Fax: 503-228-2556
E-Mail: david@davidsugerman.com

**Michael Patrick Doyle,** *Pro Hac Vice*
**Patrick M. Dennis,** *Pro Hac Vice*
Doyle LLP Trial Lawyers
2402 Dunlavy Street, Suite 200
Houston, TX 77006
Phone: 713.571.1146
Fax: 713.571.1148
E-mail: mdoyle@doyleraizner.com
         pdennis@doyleraizner.com

Of Attorneys for Plaintiffs
(Additional Counsel on last page)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Rocky Bixby, et al, | Case No. 3:09-CV-632-PK |
| Plaintiff, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| KBR Inc., et al, | |
| Defendant. | |

Pursuant to FRCP 41(a) and as set forth in the parties' signed stipulation filed September 10, 2015 (Doc 774), all plaintiffs give notice of this voluntary dismissal without prejudice.

Page 1 - PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

DATED this 15th day of September, 2015.

_____
David F. Sugerman, OSB No: 86298
David F. Sugerman Attorney, PC
707 SW Washington Street, Suite 600
Portland, Oregon 97205
Phone: 503-228-6474
Fax: 503-228-2556
E-Mail: david@davidsugerman.com

Michael P. Doyle, *Pro Hac Vice*
Patrick M. Dennis, *Pro Hac Vice*
Doyle LLP Trial Lawyers
2402 Dunlavy Street, Suite 200
Houston, TX 77006
Phone: 713.571.1146
Fax: 713.571.1148
E-mail: mdoyle@doyleraizner.com
         pdennis@doyleraizner.com

Amy Johnson
Amy Johnson Attorney at Law
5836 SE Madison Street
Portland, OR 97215
Phone: 503-939-2996
E-mail: amy@savagejohnson.com

Gabriel Hawkins
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Phone: 317-636-6481
Fax: 317-636-2593
E-mail: ghawkins@cohenandmalad.com